UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Peggy Skeslien,

Plaintiff,

vs. ORDER

Mark Sand & Gravel
Acquisition Co.,

Defendant. Civ. No. 01-194 (JMR/RLE)

and

Ginger Wulfekuhle,

vs.

Mark Sand & Gravel
Acquisition Co.,

Defendant. Civ. No. 01-2027 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of April, 2002.

* * *

On March 7, 2002, the undersigned issued an Order setting the <u>Wulfekuhle</u> case on for a Settlement Conference, for 11:00 a.m., Tuesday, July 9, 2002, in Fergus Falls. The <u>Wulfekuhle</u> case was originally assigned to the Hon. Richard H. Kyle, and Judge Kyle had placed this case on for Trial commencing on August 1, 2002. The case has now been reassigned to Chief Judge James M. Rosenbaum.

FILED APR 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

The above-entitled cases were consolidated for Trial pursuant to Order dated January 11, 2002. Chief Judge Rosenbaum has not set either of the above-entitled matters on for Trial. Accordingly, the Settlement Conference set for 11:00 a.m., on July 9, 2002, in Fergus Falls, in the Wulfekuhle matter will be stricken from this Court's calendar.

THEREFORE, It is --

ORDERED:

That the Settlement Conference set in the Wulfekuhle matter for **Tuesday, July 9, 2002, at 11:00 a.m.**, in Fergus Falls, Minnesota, is stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE