UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-194 (JMR/RLE)

Peggy Skeslien )
)
v. ) ORDER
)
Mark Sand & Gravel Acquisition Co. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: July 30, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

31

2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DB